CARLOS FIGUEROA *v.* COMMISSIONER OF
CORRECTION

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Julia K. Mahoney Conlin,* deputy assistant state's attorney, in opposition.

Decided March 11, 2003

TODD BOLMER *v.* CHRISTOPHER MCKULSKY ET AL.

*Richard L. Newman,* in support of the petition.

*Lawrence L. Connelli,* in opposition.

Decided March 11, 2003

STATE OF CONNECTICUT *v.* THOMAS W. GASSER

KATZ, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.